**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRUNSON ROBERTS**                                                                                          **PLAINTIFF**
**ADC #127841**

**v.**                  **CASE NO: 5:14CV00277 BSM**

**RAY HOBBS, et al.**                                                                           **DEFENDANTS**

**ORDER**

The partial recommended disposition submitted by United States Magistrate Judge H. David Young has been reviewed. No objections have been filed. After careful consideration, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed in this case only on his retaliation claim against defendant Kelly.

2. All claims other than plaintiff's claim against Kelly are dismissed without prejudice, and all defendants other than Kelly are removed as party defendants.

DATED this 12th day of December 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE