**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRUNSON ROBERTS**                                                                                    **PLAINTIFF**
**ADC #127841**

v.                                     **CASE NO: 5:14CV00277 BSM**

**RAY HOBBS, et al.**                                                                                 **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that defendant Nicola Kelly's motion for partial summary judgment [Doc. No. 34] is denied.

IT IS SO ORDERED this 20th day of May 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE