**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRUNSON ROBERTS,**
**ADC #127841**                                                                                               **PLAINTIFF**

**v.**                         **CASE NO. 5:14-CV-00277 BSM**

**RAY HOBBS et al.**                                                                        **DEFENDANT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Patricia S. Harris [Doc. No. 51] and Plaintiff Brunson Roberts's objections [Doc. No. 54] have been reviewed. After a review of the entire record, the RD is adopted. Accordingly, Defendant Nicola Kelly's Motion for Summary Judgment [Doc. No. 43] is granted and Roberts's retaliation claim against Kelly is dismissed with prejudice.

IT IS SO ORDERED this 27th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE